Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 24–10170–RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bonnie Rothenberger
   26 Ridgewood Avenue
   Glen Ridge, NJ 07028

Social Security No.:
   xxx–xx–6458

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 24, 2024, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 34 – 29
Order Granting Motion For Relief From Stay re: 26 Ridgewood Avenue, Glen Ridge, NJ (Related Doc # 29). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/24/2024. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 24, 2024
JAN: car

                                                  Jeanne Naughton
                                                  Clerk